480 ST. LOUIS.

The State of Missouri v. Riedle.— The State of Missouri v. Cronyn.

THE STATE OF MISSOURI, Defendant in Error, *v.* GEORGE RIEDLE, Plaintiff in Error. ●

1. State v. Warnke, *ante*, p. 451, affirmed.

*Error to Hannibal Court of Common Pleas.*

*A. J. Baker*, Attorney-General, for defendant in error.

*W. H. & G. F. Hatch*, for defendant in error.

CURRIER, Judge, delivered the opinion of the court.

Counsel admit that the facts appearing in this record are identical, as to their legal effect, with the facts in the case of The State v. Warnke, *ante*, p. 451. Following that decision, the judgment will be affirmed. The other judges concur.

———●———

THE STATE OF MISSOURI, Defendant in Error, *v.* PATRICK CRONYN, Plaintiff in Error.

1. State v. Warnke, *ante*, p. 451, affirmed.

*Error to Hannibal Court of Common Pleas.*

*A. J. Baker*, Attorney-General, for defendant in error.

*W. H. & G. F. Hatch*, for plaintiff in error.

CURRIER, Judge, delivered the opinion of the court.

Counsel admit that the facts contained in this record are identical, as to their legal effect, with the facts in the case of The State v. Warnke, *ante*, p. 451. Following that decision, the judgment will be affirmed. The other judges concur.